# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No. 26-mj-50 (DLM) |
| 1. JAMES CHRISTOPHER LAUER<br>2. MICHAEL WALLACE JOHNSON, III<br>3. KOREY CARROLL<br>4. LANISHA LATRICE TAYLOR | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 14, 2026, in Hennepin County, in the State and District of Minnesota, defendants JAMES CHRISTOPHER LAUER, MICHAEL WALLACE JOHNSON, III, KOREY CARROLL, and LANISHA LATRICE TAYLOR, each aided and abetted by and aiding and abetting the other, did willfully injure and commit depredation against property of the United States, a department, and agency thereof, to wit: a 2018 black Dodge Durango, VIN 1C4RDJAG9JC271233, bearing Wisconsin plate number 195 ZVH, and a 2023 silver Ford Edge, VIN 2FMPK4J96PBA34140, bearing Minnesota plate number 818 RDJ, and the damage to such property exceeded the sum of $1,000, all in violation of 18 U.S.C. § 1361.

I further state that I am a Special Agent with the FBI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
*Complainant's signature*

Caleb Jurchisin, Special Agent, FBI
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (FaceTime and box on USAfx), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: 1/22/26

City and State: Saint Paul, MN

_____
*Judge's Signature*

Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*