UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-_50___ (DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL** |
| v. | |
| 1. JAMES CHRISTOPHER LAUER<br>2. MICHAEL WALLACE JOHNSON, III<br>3. KOREY CARROLL<br>4. LANISHA LATRICE TAYLOR | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Caleb Jurchisin, being duly sworn, do hereby state as follows:

INTRODUCTION AND AGENT BACKGROUND

1.     Your Affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since June of 2024. I am currently assigned to the Minneapolis Division in Brooklyn Center, MN. I have gained experience in the conduct of criminal investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state, and federal law enforcement agencies. As part of my current duties, I conduct investigations of violent crimes occurring in Minnesota and throughout the United States. These investigations have included the use of various law enforcement techniques and the execution of various search, seizure, and arrest warrants. In my current duties as a Special Agent, I investigate criminal cases relating to domestic terrorism, amongst other crimes and criminal activity.  I have received specialized training in domestic-terrorism investigations, and I have investigated and assisted in the prosecution of domestic-terrorism crimes.  Throughout my time as an

investigator, I have participated in and/or lead the investigation of a variety of crimes, to include threatening communications, harassment and stalking, domestic violence, controlled substance trafficking, labor trafficking, burglary, and fraud.

2.      I make this Affidavit in support of a criminal Complaint against James Christopher LAUER (YOB 2004), Michael Wallace JOHNSON III (YOB 1994), Korey CARROLL (YOB 1992), and Lanisha Latrice TAYLOR (YOB 1996), for aiding and abetting the willful destruction of government property, in violation of Title 18, United States Code, Sections 2 and 1361 ("the SUBJECT OFFENSE").

3.      The facts set forth in this Affidavit are based on my own personal knowledge of the investigation, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.  This Affidavit, however, is intended to show only that there is sufficient probable cause to support the charge alleged in the Complaint and does not set forth all of my or the government's knowledge about this matter.

4.      Based on my training and experience and the totality of the facts and circumstances set forth in this Affidavit, and the reasonable inferences therefrom, Your Affiant has probable cause to believe that LAUER, JOHNSON, CARROLL, and TAYLOR aided and abetted each other in committing the SUBJECT OFFENSE.

STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

5.     On January 14, 2026, Homeland Security Investigations (HSI) federal agents with Immigration Customs Enforcement (ICE) were conducting immigration enforcement operations in Minneapolis, MN. During the operation, a physical altercation between an ICE agent, a target of the removal operation, and another person occurred, wherein the target and the other person physically assaulted the ICE agent with a broom stick and/or a shovel in an effort to prevent the ICE agent from apprehending the target for removal.  This incident resulted in the ICE agent discharging his firearm and striking one of the assailants, who suffered non-life-threatening injuries to his leg and was transported to a local hospital to receive medical treatment.  The ICE agent sustained a bloody gash to the palm of his hand as a result of the assault during the physical altercation.

6.     FBI Special Agents and Evidence Response Team (ERT) personnel responded to the scene to collect and preserve evidence related to a federal investigation into this incident. Multiple law enforcement vehicles owned and operated by the FBI were utilized to travel to the scene for the investigation, including a 2018 black Dodge Durango, VIN: 1C4RDJAG9JC271233, bearing Wisconsin plate number 195 ZVH ("Government Vehicle 1"), and a 2023 silver Ford Edge, VIN: 2FMPK4J96PBA34140, bearing Minnesota plate number 818 RDJ ("Government Vehicle 2"). The vehicles were parked on Lyndale Avenue between 23rd and 24th Avenue in Hennepin County, Minneapolis, MN.

7.     Simultaneously, a large group of demonstrators gathered to protest ICE and the incident. The group became increasingly agitated and eventually escalated to attacking government vehicles parked in the area, including Government Vehicle 1 and Government Vehicle 2. Due to the number of protesters and the increasing tension and violence, Law enforcement personnel in the area were unable to maintain a perimeter, and FBI agents were forced to evacuate the area on foot for their personal safety with the help of other law enforcement officers and agents who responded to the scene. FBI agents were forced to leave their vehicles parked on Lyndale Avenue.

8.     After law enforcement withdrew from the area, the scene became more chaotic and several protestors attacked, vandalized, damaged, and broke into Government Vehicle 1 and Government Vehicle 2, while they were parked on Lyndale Avenue. Both Government Vehicle 1 and Government Vehicle 2 sustained major damage caused by individuals amongst the group of protestors, including broken windows and mirrors, spray painting of the exterior, punctured tires, damage to the engine and components, and ransacking and destruction of the interior of the vehicles, resulting in theft of multiple items of government and personal property, including personal identification items. The two damaged vehicles were eventually recovered and towed to the FBI Minneapolis Field Office where they were photographed by FBI ERT members and assessed for damage. FBI mechanics who assessed the damage to the two vehicles estimated the loss amount to be at least $20,000 per vehicle, and it is not yet known whether the vehicles will be deemed a total loss. Photos of the damaged government vehicles are depicted below.

*Government Vehicle 1*



*Government Vehicle 2*





9.     The red spray paint on the hood of Government Vehicle 1 reads "fuck trump." Some of the red spray paint on Government Vehicle 2 reads "fuck Ice," "Hang Kristi Noem," and "Only good agent is a dead one."

10.    Both Government Vehicle 1 and Government Vehicle 2 were custom-fitted with lockboxes in the rear trunk compartments, which are often used by law enforcement to secure firearms, ammunition, computers, cell phones, armored vests, and government credentials and documents. According to an inventory check, the following items were removed and stolen from Government Vehicle 1: a Colt rifle, a Glock handgun, a rifle suppressor, an ultra-low visible tactical vest, a government-issued Dell Latitude Laptop, gas mask, FBI-issued travel card, an FBI ID badge and PIV card, RSA token, 9mm ammunition, 5.56 ammunition, 9mm and 5.56 caliber ammunition magazines , a blue 5.11 jacket, two tan jackets, one heavy jacket, multi-cam SWAT pants and shirts, a firearms cleaning kit, and black tote bag with the FBI seal, a wallet containing credit cards, driver's license, insurance cards, membership cards, and approximately $60 cash. The following items were removed and stolen from Government Vehicle 2: FBI building-access cards, an FBI ID badge, FBI credentials, an RSA token, a ultra-low visible tactical vest, a loaded firearms magazine, evidence collection kit, boots, a winter jacket, winter pants, an FBI hat, credit cards, a driver's license, a personal iPhone 14, and personal mailbox key.

<u>Review of Open-Source videos, Video Surveillance, and Media Footage</u>

11.    On January 16, 2026, FBI Agents investigating the incident met with Individual A, whose identity is known to Your Affiant and who was present on

January 14, 2026, when Government Vehicle 1 and Government Vehicle 2 were broken into and damaged. Individual A recorded the civil unrest that occurred in that area using an audio/video digital recorder. Individual A voluntarily contacted the FBI and requested to meet to provide the recorded video footage, as well as items that Individual A recovered from the scene of the property damage. Individual A provided Agents with an SD card containing a series of video clips from the night of January 14, 2026, showing multiple individuals breaking into, damaging, and ransacking Government Vehicle 1 and Government Vehicle 2, and removing numerous items from each, including weapons, ammunition, paperwork, badges, patches, clothing, and medical equipment. Individual A turned over a badge holder, and a laminated vehicle insurance document and vehicle registration paperwork for Government Vehicle 1. Individual A told Agents that they observed the documents on the ground, believed the documents contained important personal identifying information, and believed the badge could allow access to secure environments.

12.    As part of the investigation, FBI Agents and technically trained personnel conducted an extensive review of the combined sets of footage provided by Individual A, as well as other area surveillance video (e.g., Minneapolis Police Milestone footage) and open-source footage on social media, in order to try to identify some of the perpetrators of the damage to and theft from Government Vehicle 1 and Government Vehicle 2 on the night of January 14, 2026.

<u>Identification of LAUER at scene</u>

13.    Review of Milestone video footage shows a silver and green Dodge Pickup parked in the roadway near the intersection of 23rd Avenue and Lyndale Avenue in Minneapolis, MN, on January 14, 2026, at approximately 11:29 PM. The pickup truck is in the immediate vicinity of where Government Vehicle 2 was parked. A still image of the pickup truck is circled in the below screenshot:



14.    Officers working the Milestone camera located near the intersection of 23rd and Lyndale Avenue zoomed in on the license plate of the Dodge pickup and determined it to be Minnesota plate number DMX 002. A still image of the vehicle license plate is depicted below.



9

15.    Law Enforcement also reviewed footage recorded and provided by Individual A taken shortly after the Dodge Pickup parked in the roadway near 23rd and Lyndale Avenue. The footage showed an orange tow-strap wrapped around the lockbox in Government Vehicle 2 and extending out to the hitch of the Dodge pickup truck. A still image of the vehicle and strap is below:



16.    The footage provided by Individual A also showed a white male wearing dark pants with a distinct white line down the pant leg and a large winter parka with a fur-lined hood going in and out of the bed of the pickup truck. Individuals in the video can be heard making comments about an individual looking for keys. The white male is observed climbing out of the bed of the truck holding a lanyard with several keys attached. A still image of the male subject at the rear of the pickup truck is depicted below.



17.    The white male proceeds towards the driver's side of the vehicle. A short time later the vehicle lights turn on, and the vehicle abruptly moves forward ripping the lockbox out of Government Vehicle 2 and dragging it along the roadway. The lockbox is later picked up and dropped on the roadway multiple times (by a male identified as JOHNSON as described below) while other as-yet unidentified individuals attempt to pry the lockbox open. At approximately 11:29 p.m., the white male in the parka returns to the vehicle and appears to remove something from the vehicle as the lights on the pickup truck turn off.



18.    A check of Minnesota DMV records shows that, the Dodge Pickup with Minnesota plate number DMX 002 is registered to J. S. Lauer (YOB 1960). A review of license plate reader (LPR) hits showed DMX 002 parked at and address in the 3200-block of Dupont Avenue, Minneapolis, MN on January 9, 2026.



19.    According to law enforcement databases, LAUER (YOB 2004) is associated with the LPR address and is a relative of the registered owner, J. S. Lauer. LAUER's Minnesota driver's license lists him at 6'0" 160 lbs., which is consistent with the individual observed in the surveillance footage in the parka going in and out of the Dodge pickup truck. Below is LAUER's Minnesota driver's license photo.



20.    The below still image from the footage provided by Individual A shows the male, wearing the dark pants and fur-lined parka, returning to the Dodge Pickup as the crowds disperse, and the male's head hair and facial hair are partly visible and appear to be consistent with LAUER's DVS photo depicted above.



21.     Investigating Agents also learned that on October 29, 2025, LAUER was involved in a motor vehicle accident involving the Dodge pickup (MN plate number DMX 002), and he filed an insurance claim. The claim listed LAUER as the driver of the Dodge pickup and provided his phone number of 763-264-8559.

22.     FBI Cellular Analysis Survey Team (CAST) analysis of cell tower records in the immediate vicinity of the scene on the night of January 14, 2026, showed the phone number 763-264-8559 being in the approximate area of the FBI vehicles during the time they were broken into and damaged.

<u>Identification of CARROLL at the scene</u>

23.     In reviewing footage recorded by Individual A on January 14, 2026, a white male, wearing a yellow jacket and navy and orange winter cap, is observed shattering the passenger-side mirror and front windshield of Government Vehicle 2 (silver Ford Edge MN plate 818 RDJ) with an unknown object. A short time later, the same individual is observed reaching into the lock box of Government Vehicle 1 (black

Dodge Durango WI plate 195 ZVH) and removing multiple patches from the lockbox, which had been forcibly opened and damaged. Below are images of the white male shattering the windshield of Government Vehicle 2 and removing items from Government Vehicle 1.





24.    Use of FBI facial recognition technology identified a possible match of the male wearing the yellow jacket and navy and orange winter cap, as CARROLL (YOB 1992). Below is an image of CARROLL's Minnesota driver's license and a zoomed-in still image taken from Individual A's footage.



25.    Law Enforcement also identified the phone number 507-676-8693 as associated with CARROLL's CashApp account. FBI CAST cell tower dump analysis showed the phone number 507-676-8693 being in the immediate vicinity of Government Vehicles 1 and 2 during the time they were broken into and damaged.

26.     Video provided by Individual A also shows CARROLL and LAUER talking after the destruction of the Government Vehicles, as depicted below:



Identification of TAYLOR at the scene

27.     Multiple videos of the scene reviewed by Agents identified a female, wearing a distinct pink jacket, (depicted below) among the crowd during the vandalism and damage of the government-owned vehicles. Using FBI facial recognition technology and open-source social media reviewing, the FBI identified the female as Lanisha Latrice TAYLOR.   FBI Agents obtained TAYLOR's Driver's

License information and ID photo from Minnesota DMV records, (depicted below) and public database records were used to determine the cellular phone number listed for TAYLOR as 763-762-0698. FBI CAST cell tower dump analysis showed the phone number 763-762-0698 being in the immediate vicinity of Government Vehicles 1 and 2 during the time they were broken into and damaged. Additionally, TAYLOR's open-source social media posts claimed that she called the FBI to report someone breaking into the government vehicles on the night of January 14, 2026, thereby further confirming her presence on scene.




28.     FBI Agents interviewed TAYLOR at her work place on January 19, 2026. During the consensual interview, TAYLOR admitted to being at the scene of the protest and to witnessing the government vehicles being broken into. TAYLOR

originally contacted the FBI NTOC recorded tipline after the incident to provide information on individuals who allegedly stole government property from the vehicles. TAYLOR stated that although she was present during the break-in of the vehicles, she did not damage the vehicles or take anything from the scene.

29.    In one video segment provided by Individual A, however, TAYLOR is seen taking a box of 9mm ammunition from the lockbox of Government Vehicle 1 (Dodge Durango) after it was broken into.    The screenshots below show TAYLOR recording, alongside JOHNSON, as she reaches into and takes the box of ammunition from the broken-open lockbox in Government Vehicle 1, and show TAYLOR and CARROLL among the crowd as the lockbox of Vehicle 1 is breached.





Lanisha Taylor (Cell phone in hand – lights up)

Korey Carroll (Cell Phone in Hand)



30.    The above zoomed-in screenshot also shows TAYLOR wearing the pink jacket and taking the box of ammunition.

31.     During the consensual interview, TAYLOR provided FBI Agents with a video she took from the scene, with a video filename 7766E98-E720-4B22-A150-D241897F0AB1.  After reviewing the video provided by TAYLOR, Agents observed what appeared to be part of TAYLOR's pink jacket recording herself inside of a vehicle with an open box of Hornady Critical Duty ammunition on an adjacent seat, displaying some rounds, as depicted below.  The text on the box reads "For Law Enforcement Only."  The DUTY lettering is consistent with the box of ammo TAYLOR is observed taking from the lockbox of Government Vehicle 1.



32.     Agents also recognized the voice and clothing of TAYLOR from their review of the video.

<u>Identification of JOHNSON at the scene</u>

33.    FBI Agents also conducted open-source internet searches for photos and video footage regarding the destruction and theft of the Government Vehicles on the night of January 14, 2026. FBI Agents located an X post (depicted below) from "Free the World" @PatriotVerity with the caption: "We got us a live one!!! SUSPECT IDENTIFIED @0hour1 @nicksortor @thefoxyhyena @Reconquista37 The phone from the scene of the ICE vehicle break in says Kia Nicole. Her boyfriend rico_2x_ on Instagram is wearing the same jacket as the man in this photo!!! @FBI @ICEgov"



34.    FBI Agents also located X account "TheFoxyHyena @thefoxyhyena" which posted an image (depicted below) from a video that indicated the individual in the jacket vandalized a federal vehicle.  Based on the totality of the facts and circumstances within this Affidavit, and the reasonable inferences therefrom, Your

Affiant believes and assesses that the individual depicted below is JOHNSON, who

appears to be holding the orange tow-strap from LAUER's vehicle.



35.    An open-source query of the account name "rico_2x_" identified multiple social

media accounts associated with the username, images, and X postings identifying other

accounts associated with "rico_2x_":

> Threads: Rico @rico_2x_
> TikTok: Rico_2x_ @ricoimhim_
> TikTok: RicoImHim
> TikTok: Rico Johnson @rico___7 (associated with 763-321-0945)
> Facebook: Ja Morant 61562051931789
> Lemon 8: Rico_2x_
> X: Rico_2x_ @loomiskid154
> X: Michael Johnson @RicoImHim
> Snapchat: Rico RICOLLCJ (associated with 612-499-0776)
> Snapchat: Rico whoyoubankwith0 (associated with 763-321-0945)
> Snapchat: thebagman1
> Twitch: RicoImHim
> Kik: rico_2x @rico_2x_

36.    An open-source query of the username "RicoImHim," identified X account

"Michael Johnson @RicoImHim" with a location in Minneapolis, MN:



37.    A query of a public source database for "Michael Johnson" with residences associated to Minneapolis, MN, and Illinois, identified Michael Wallace JOHNSON III (YOB: 1994).  A comparison of the image from the X posting discussed above (where the male is wearing the same distinct jacket as JOHNSON at the scene) and the image of JOHNSON's known Minnesota State ID (depicted below), shows that Your Affiant has probable cause to believe that they are one in the same individual.







38.    FBI Agents also learned that on January 17, 2026, X user "TheFoxyHyena" reposted a post from X user "Christal @christaljudd" that was a live recording by Instagram account Rico_2x_ at the scene of the vandalism and damage to the Government Vehicles, which accordingly puts Rico_2x_ (i.e., JOHNSON) at the scene.

39.    A query of public source databases, indicated telephone numbers 763-732-3637 and 612-499-0776 are associated with JOHNSON. Telephone number 763-732-3637 is associated with CashApp account Rico $Ricolawz and joined in April 2017. Telephone number 612-499-0776 is associated with CashApp account Rico Johnson $RicoImHim1 and joined July 2024. Law enforcement database checks also

revealed JOHNSON has multiple felony convictions including a receiving of stolen property charge in November, 2025.

40.    CAST analysis of cell tower records from the immediate vicinity of the scene showed JOHNSON's cell number 612-499-0776 was in the immediate vicinity of the scene at the time the Vehicles were being broken into and damaged on January 14, 2026.

<u>Additional Corroboration from Video Segments Review</u>

41.    During the review by FBI Agents of the multiple video file segments provided by Individual A, multiple people, including LAUER, CARROLL, JOHNSON, and TAYLOR are observed interacting and/or conversing with one another and taking part in the destruction and/or theft from Government Vehicles 1 and 2.  A summary of the statements heard on the video segments and actions observed taken during the destruction of Government Vehicles 1 and 2 are discussed below.

42.    As    discussed    below,    review    of    video    file    labeled "20260114232544_0202_D" captures, among other things, LAUER's pickup truck ripping the lockbox out of Government Vehicle 2 as TAYLOR and JOHNSON run after the lockbox, and JOHNSON providing a hammer to LAUER to attempt to break open the lockbox after it is ripped out of the vehicle by LAUER's pickup truck.  A review of some key time-stamps from the video is outlined below:

- At or about the 0:42 mark you can hear "back up, back up they about to pull [unintelligible] out" while a pickup truck driven by LAUER with orange tow straps attached to the lockbox of Government Vehicle 2 is preparing to drive away and rip the lockbox from Vehicle 2. The crowd of protestors, including

TAYLOR and JOHNSON, move apart and stage on either side of the rear of Government Vehicle 2 and the orange straps attached to the lockbox and to the rear of LAUER's pickup truck. During this time, someone in the crowd is heard saying "Rico," which, as noted above, is known to be the Instagram account name associated with JOHNSON, based on open-source media observation and searches. Observed on scene during these events are JOHNSON, LAUER and TAYLOR.



- At or about the 1:45 mark someone is heard saying, "they gonna be on y'all ass if you record this," as LAUER prepares to pull the lockbox from Vehicle 2.

- At the 2:06 mark, LAUER rips the lockbox from Vehicle 2 using his pickup truck. As the lockbox is pulled out by LAUER's pickup, JOHNSON and TAYLOR run after it laughing and cheering.



- At or about the 2:38 mark, you can hear "no faces," as the crowd gathers around the lockbox after it was ripped out from Vehicle 2.

- At or about the 3:15 mark, you can hear "no cameras," as the crowd continues to gather around the lockbox and attempts to open it.

- At or about the 3:43 mark, you can hear "hide yo face." CARROLL is observed at this point holding his phone over the crowd down towards the lockbox.



- At about the 04:52 mark, JOHNSON is seen handing a hammer to LAUER to assist in breaking open the lockbox.



43. As discussed below, review of the video file labeled "20260114233259_0204_D" captures, among other things, JOHNSON picking up the lockbox and smashing it on the ground several times, and TAYLOR reaching into the

lockbox and taking a box of ammunition from it. A review of some key time-stamps from the video is outlined below:

- At about the 00:14 mark, JOHNSON lifts the lockbox on his left shoulder as TAYLOR yells "might be a gun in it, pick that bitch up, back up, back up, back up, watch out, watch out, watch out, DDT". (Identified in the below screen shot are JOHNSON, CARROLL, and TAYLOR). FBI agents who interviewed TAYLOR recognized the voice in the video clip to be that of TAYLOR.



- At about the 00:31 mark, JOHNSON picks up the lockbox and throws it on the ground. Another as-yet unidentified female is seen in the background with the license plate from Vehicle 1 concealed in her jacket.



- As the crowd starts to give JOHNSON room at 00:24, JOHNSON throws the lockbox to the ground, and an unidentified person says, "if it has guns in there in might shoot be careful." At 00:56 another unknown person says, "there could be coins in there, they might be only had three, they had more than three, mother fucker had about 25 coins". (Identified in the screenshot below are JOHNSON, CARROLL, and TAYLOR)



44.    As discussed below, review of the video segment file labeled "20260114233447_0206_D" captures, among other things, a person using a hatchet to open the lockbox ripped out by LAUER from Government Vehicle 2 and thrown to the ground by JOHNSON, TAYLOR grabbing a box of ammunition from the lockbox, and CARROLL taking patches from the lockbox inside Government Vehicle 1.    A review of some key time-stamps from the video is outlined below:

- At about 00:21, a person[1] is using a hatchet to open the lockbox inside Vehicle 1, and an unknown female voice says "lowkey ask the neighbor at the house they might give you a screwdriver," while an unknown male voice says, "almost there," and the lockbox is then opened.    A group of individuals begin to take items out of the lockbox located in Vehicle 1 and then leave. JOHNSON, CARROLL, and TAYLOR are observed and identified in the various screenshots below.



Michael Johnson

---

[1] This person was subsequently identified as Alexio Miranda, who is believed to have been charged in a separate criminal complaint (26-mj-27 (DLM)) with theft of government property for stealing a firearm and/or ammunition from the lockbox of Government Vehicle 1.

- At about 00:47, TAYLOR is heard saying, "bullets, there's some bullets," as the group continues to steal items out of the broken lockbox in Vehicle 1. (Identified in the video segments are JOHNSON, CARROLL, and TAYLOR)  At about 00:48, TAYLOR is observed grabbing the box of ammo out of the Vehicle 1 lockbox.  As noted above, FBI agents who interviewed TAYLOR recognized the voice in the video clip to be that of TAYLOR.



- At about 00:58, CARROLL is observed removing patches from Vehicle 1's lockbox.



## CONCLUSION

45.    Based on the totality of the facts and circumstances within this Affidavit, the reasonable inferences therefrom, and Your Affiant's training, experience, and knowledge of the investigation, Your Affiant has probable cause to believe that on or about January 14, 2026, in the State and District of Minnesota, LAUER, JOHNSON, CARROLL, and TAYLOR aided and abetted the willful destruction of government property, as further alleged herein, in violation of Title 18, United States Code, Sections 2 and 1361.

Respectfully submitted,

_____
Caleb Jurchisin
Special Agent, FBI

SUBSCRIBED and SWORN before me,
by reliable electronic means (via FaceTime and
box on USAfx) pursuant to Fed. R. Crim. P. 41(d)(3),
on January **22**, 2026

_____
DOUGLAS L. MICKO
United States Magistrate Judge
District of Minnesota